**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:   07-60209 |
| JENNIFER L SCOTT | | |
| 3188 TOWNHOUSE DR | : | Chapter 13 |
| GROVE CITY, OH 43123 | | |
| | : | Judge:   CHARLES M CALDWELL |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: February 28, 2011          /s/ Frank M. Pees
                                  Frank M. Pees
                                  Chapter 13 Trustee

**Name and Address**                **Amount**

VERIZON WIRELESS                    38.36
109 E MARKET ST
BLOOMINGTON, IL 61701